IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**LINDA ULMER**                                                                                              **PLAINTIFF**

VS.                                                          NO.  **4:03CV00550**

**SOUTHERN ENERGY HOMES, INC.**                                              **DEFENDANTS**

## ORDER

The Court has been advised that the parties have reached a settlement in this case. Accordingly, all claims and causes of action are hereby dismissed with prejudice. The Clerk is directed to close the case.

IT IS SO ORDERED this 25th day of April, 2006.

_____
James M. Moody
United States District Judge